UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD CORDERO,

                    Plaintiff,

         v.

THE SECRETARY OF HEALTH AND
HUMAN SERVICES, EMBLEMHEALTH,
MAXIMUS FEDERAL SERVICES, et al.,

                    Defendants.

24-CV-09778 (JAV)

**<u>ORDER</u>**

JEANNETTE A. VARGAS, United States District Judge:

On August 6, 2025, the Court issued an Order requiring each party to submit a status letter providing the Court with their respective proposals regarding next steps in this case. ECF No. 60. The Court is in receipt of the parties' respective letters in response to the Order. ECF Nos. 62-66. Plaintiff seeks leave to engage in discovery. ECF No. 62, ¶ 46. Defendants United States Secretary of Health and Human Services and the other named federal defendants (collectively, the "Government"), writing jointly with Defendant EmblemHealth, opposed discovery and proposed a briefing schedule for motions for judgment on the pleadings. ECF No. 64. Defendant Maximus Federal Services, Inc., which has a fully briefed motion to dismiss pending before the Court, likewise opposes the request for discovery. ECF No. 63.

Review of administrative determinations regarding entitlement to Social Security benefits, including Medicare, is generally based on a "closed administrative record." *Matthews v. Weber*, 423 U.S. 261, 270 (1976); *see also Calvary Hosp., Inc. v. Becerra*, 762 F. Supp. 3d 360, 372 (S.D.N.Y. 2025), *objections overruled sub nom. Calvary Hosp., Inc. v. Kennedy*, No. 1:23-CV-8479-GHW, 2025 WL 2106156 (S.D.N.Y. July 25, 2025). Under 42 U.S.C. § 405(g), "[t]he court may consider only the pleadings and administrative record" and "neither party may

put any additional evidence before the district court." *Matthews,* 423 U.S. at 263, 270.

Accordingly, the request for discovery is denied.

On September 26, 2025, EmblemHealth filed a motion for judgment on the pleadings. ECF No. 67.  That same day, the Government submitted a revised proposed briefing schedule. ECF No. 69.  Accordingly, it is ORDERED, that the Government's motion for judgment on the pleadings shall be filed no later than **October 10, 2025**.  Plaintiff's oppositions/cross motion to the Government's and EmblemHealth's motions shall be filed no later than **November 7, 2025**. The Government's and EmblemHealth's oppositions/replies shall be filed no later than **December 5, 2025**.  Plaintiff's reply papers shall be filed no later than **January 9, 2026**.

The Court is directed to terminate ECF No. 65.

Dated:  September 30, 2025
        New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2