UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Furtherance of the                                                   ORDER

Stay of Certain Civil Cases

Pending the Restoration of

Department of Justice Funding
_____

WHEREAS, the court having issued a Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York,

It is hereby noted that the cases assigned to the undersigned that are listed below are subject to the terms of the Standing Order. The Clerk of Court is respectfully directed to enter a copy of this Notice in each listed case.

    1) 24cv09778
    2) 25cv01144
    3) 25cv01391
    4) 25cv04749
    5) 25cv07060
    6) 25cv07452
    7) 25cv07525
    8) 25cv07603
    9) 25cv07798
    10) 25cv08416

SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                            _____
                                            JEANNETTE A. VARGAS
                                            United States District Judge